IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL CAPODIECE and
TERRY L. CAPODIECE,

    Plaintiffs,

  v.

WELLS FARGO BANK and DOES 1–5,

    Defendants.
                               /

No. C 13-00032 WHA

**ORDER DISCHARGING
ORDER TO SHOW CAUSE**

      Plaintiff's counsel, Emmanuel Fomukong Fobi, was ordered to show cause why he failed to appear at the hearing on April 11, 2013 (Dkt. No. 25). Counsel has timely filed a response, and for good cause shown, the order to show cause is discharged.

      **IT IS SO ORDERED.**

Dated: May 9, 2013.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE